IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SAUL PELAYO, | ) | No. C 13-3618 RMW (PR) |
| Plaintiff, | ) ) ) | ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE |
| v. | ) | AMENDED COMPLAINT |
| G. HERNANDEZ, et al., | ) ) | |
| Defendants. | ) ) | (Docket No. 11) |

Plaintiff, a California state prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983.  On February 18, 2014, the court dismissed plaintiff's complaint with leave to amend within thirty days.  (Docket No. 9.)  Plaintiff has filed a motion for an extension of time to file an amended complaint due to the limited amount of time he has to conduct research.  (Docket No. 11.)

Good cause showing, plaintiff's motion is **GRANTED**.  Plaintiff shall file an amended complaint **within thirty (30) days** of the filing date of this order.

This order terminates docket number 11.

IT IS SO ORDERED.

DATED: _____

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Granting Mot. for Ext. of Time to file Amend. Compl.
P:\PRO-SE\RMW\CR.13\Pelayo618eot-ac.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAUL PELAYO,<br><br>　　　　　Plaintiff,<br><br>  v.<br><br>G. HERNANDEZ et al,<br><br>　　　　　Defendant._____/ | Case Number: CV13-03618 RMW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 8, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Saul Pelayo P-61090
Correctional Training Facility
CW-304UP
P.O. Box 689
Soledad, CA 93960

Dated: April 8, 2014

　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　By: Jackie Lynn Garcia, Deputy Clerk