**E-FILED on 8/11/15**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SAUL PELAYO, | ) | No. C 13-3618 RMW (PR) |
|        Plaintiff, | ) | JUDGMENT |
| vs. | ) | |
| G. HERNANDEZ, | ) | |
|        Defendant. | ) | |

    The court has granted in part and denied in part defendant's motion to dismiss, motion to strike, and motion for summary judgment. A judgment in favor of defendant is entered. The clerk shall close the file.

    IT IS SO ORDERED.

DATED: 8/11/15

                                          RONALD M. WHYTE
                                          United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAUL PELAYO,

        Plaintiff,

  v.

G. HERNANDEZ et al,

        Defendant.

Case Number: CV13-03618 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 11, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Saul Pelayo P-61090  
Correctional Training Facility  
CW-304UP  
P.O. Box 689  
Soledad, CA 93960

Dated: August 11, 2015

                                      Richard W. Wieking, Clerk  
                                      By: Jackie Lynn Garcia, Deputy Clerk